SCAP-15-0000462

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DIANE KAWASHIMA, individually and
on behalf of all others similarly situated,
Plaintiff-Appellee/Cross-Appellant,

vs.

STATE OF HAWAI'I, DEPARTMENT OF EDUCATION;
KATHRYN S. MATAYOSHI, in her official capacity as
Superintendent of Schools; LANCE A. MIZUMOTO, BRIAN J.
DELIMA, PATRICIA BERGIN, GRANT Y.M. CHUN, MAGGIE COX,
HUBERT MINN, KENNETH UEMURA, BRUCE VOSS, JIM WILLIAMS,
ANDREA LYN MATEO, and COLONEL PETER P. SANTA ANA,
in their official capacities as members of the
STATE OF HAWAI'I BOARD OF EDUCATION,
Defendants-Appellants/Cross-Appellees,

---

DAVID GARNER, PATRICIA SMITH, ANDREA CHRISTIE, ALLAN KLITERNICK,
KAREN SOUZA, JO JENNIFER GOLDSMITH, and DAVID HUDSON,
on behalf of themselves and all others similarly situated,
Plaintiffs-Appellees,

vs.

STATE OF HAWAI'I, DEPARTMENT OF EDUCATION,
Defendants-Appellants.

------------------------------------------------------------

ALLAN KLITERNICK, DAVID GARNER, JO JENNIFER GOLDSMITH,
and DAVID HUDSON, individually and on behalf of all others
similarly situated, Plaintiffs-Appellees,

vs.

KATHRYN S. MATAYOSHI, in her official capacity as Superintendent of Schools, LANCE A. MIZUMOTO, BRIAN J. DELIMA, PATRICIA BERGIN, GRANT Y.M. CHUN, MAGGIE COX, HUBERT MINN, KENNETH UEMURA, BRUCE VOSS, JIM WILLIAMS, ANDREA LYN MATEO, and COLONEL PETER P. SANTA ANA, in their official capacity as members of the STATE OF HAWAI'I BOARD OF EDUCATION, DEPARTMENT OF EDUCATION, STATE OF HAWAI'I, Defendants-Appellants.

---

APPEALS FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(SCAP-15-0000463, SCAP-16-0000154, SCAP-16-0000331;
CIV. NOS. 06-1-0244-02, 03-1-000305 and 05-1-00031)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J.)

Plaintiffs-Appellees timely filed a motion for reconsideration (Motion) on July 20, 2017, asking this court to reconsider our June 28, 2017 opinion (Opinion).

This court, having reviewed the Motion, together with the Opinion, and the records and files in this case,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawai'i, July 27, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Michael D. Wilson

/s/ Virginia L. Crandall



/s/ Gary W. B. Chang

2